UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RUBEN CHAVEZ (#469159)

VERSUS

STATE OF LOUISIANA, ET AL

CIVIL ACTION

NO. 05-1296-C

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated July 18, 2007. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the application of petitioner, Ruben Chavez, for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 will be denied.

Baton Rouge, Louisiana, August  /5  , 2007.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA